1

2          ÒÖÊ»ÓŠÖÖŠÆÆ»Ð»FJÐÍ E

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8    STERLING INTERNATIONAL              Case No. 5:15-cv-00807-RMW
     CONSULTING GROUP,  on behalf of
9    itself and all others similarly situated,    **ORDER GRANTING PLAINTIFF'S**
                                         **ADMINISTRATIVE MOTION TO**
10                                       **CONSIDER WHETHER CASES**
                   Plaintiffs,           **SHOULD BE RELATED**
11
     v.
12
     LENOVO (UNITED STATES) INC.,
13   LENOVO GROUP LIMITED, and
     SUPERFISH INC.,
14
15
                   Defendants.
16
17   This document relates to:            Case No. 5:15-cv-00819-NC
18   DAVID HUNTER, individually, and on
     behalf of all others similarly situated,
19
20                 Plaintiffs,
21   v.
22   LENOVO (UNITED STATES), INC., a
     Delaware corporation, and SUPERFISH,
23   INC., a Delaware corporation,
24
25                 Defendants.
26   CAPTION CONTINUED ON THE NEXT
     PAGE
27
28   ORDER GRANTING MOTION TO RELATE
     15-cv-00807-RMW                      1

United States District Court
Northern District of California

| | |
|---|---|
| This document also relates to:<br><br>CHRISTOPHER HALL, MATTHEW KELSO, MICHAEL MORICI, JAYNE COSTANZO, RYAN BAUMGARTNER, LAURA BURNS, THOMAS CARNEY, BEATRIZ DAVIS, DENNIS HASTY, WENDY DURAN and GABE DURAN, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED and SUPERFISH, INC.,<br><br>     Defendants. | Case No. 5:15-cv-00964-NC |
| This document also relates to:<br><br>RHONDA ESTRELLA, SONIA FEREZAN, JOHN WHITTLE, and ALAN WOYT on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>     Defendants.<br><br>CAPTION CONTINUED ON THE NEXT PAGE | Case No. 5:15-cv-01044-LHK |

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW         2

United States District Court
Northern District of California

| | |
|---|---|
| This document also relates to: | Case No. 3:15-cv-01069-DMR |
| KEN MARTINI, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES) INC., and SUPERFISH INC., | |
| Defendants. | |
| This document also relates to: | Case No. 5:15-cv-01113-NC |
| JGX, INC. d/b/a LEFTY O'DOUL'S, individually and on behalf of a class of those similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO GROUP LIMITED, LENOVO (UNITED STATES), INC., and SUPERFISH, INC., | |
| Defendants. | |
| CAPTION CONTINUED ON THE NEXT PAGE | |

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW                    3

United States District Court
Northern District of California

| | |
|---|---|
| This document also relates to:<br><br>STANLEY D. JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED, and SUPERFISH, INC.,<br><br>Defendants. | Case No. 5:15-cv-01122-PSG |
| This document also relates to:<br><br>MICHAEL SIMONOFF, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>Defendants.<br><br>CAPTION CONTINUED ON THE NEXT PAGE | Case No. 5:15-cv-01125-LHK |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW                                    4

United States District Court
Northern District of California

| | |
|---|---|
| This document also relates to: | Case No. 5:15-cv-01166-PSG |
| RUSSELL WOOD and THOMAS WILSON, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES) INC., LENOVO HOLDING COMPANY, INC., LENOVO GROUP LIMITED, and SUPERFISH INC., | |
| Defendants. | |

| | |
|---|---|
| This document also relates to: | Case No. 3:15-cv-01177-LB |
| MICHELLE BEHREN and MARY JANE BARBOSA, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES) INC. and SUPERFISH INC., | |
| Defendants. | |
| CAPTION CONTINUED ON THE NEXT PAGE | |

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW                          5

| | |
|---|---|
| This document also relates to:<br><br>ROBERT RAVENCAMP, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC.<br>Defendants. | Case No. 3:15-cv-01206-KAW |

Pursuant to Civil Local Rule 3-12, plaintiff Sterling International Consulting Group moves to relate this case to several similar cases filed in this district. Plaintiff initially moved to relate this case to one other, but thereafter filed two more administrative motions to relate which, all told, seek to relate this case to eight others. See Dkt. Nos. 12, 13, 17. Defendants responded, agreeing that the cases identified by plaintiff should be related to the instant case. Dkt. No. 20. Defendants also identified two additional cases they believe should be related to this case. Id. The cases are as follows:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Sterling Int'l Consulting Group v. Lenovo (United States), Inc., et al.* | 5:15-cv-00807 | 2/23/15 |
| *Hunter v. Lenovo (United States), Inc., et al.* | 5:15-cv-00819 | 2/23/15 |
| *Hall, et al. v. Lenovo (United States), Inc., et al.* | 3:15-cv-00964 | 3/2/15 |
| *Estrella, et al. v. Lenovo (United States), Inc., et al.* | 5:15-cv-1044 | 3/5/15 |
| *Martini v. Lenovo (United States), Inc., et al.* | 4:15-cv-1069 | 3/9/15 |
| *JGX, Inc. d/b/a/ Lefty O'Doul's v. Lenovo Group Limited, et al.* | 5:15-cv-01113 | 3/10/15 |
| *Johnson v. Lenovo (United States), Inc., et al.* | 5:15-cv-01122 | 3/10/15 |
| *Simonoff v. Lenovo (United States), Inc., et al.* | 5:15 cv 01125 | 3/10/15 |

United States District Court
Northern District of California

| *Wood, et al. v. Lenovo (United States), Inc., et al.* | 5:15-cv-01166 | 3/12/15 |
| *Behren, et al. v. Lenovo (United States), Inc., et al.* | 3:15-cv-01177 | 3/12/15 |
| *Ravencamp v. Lenovo (United States), Inc., et al.* | 3:15-cv-01206 | 3/13/15 |

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion. The court has also reviewed the two cases identified by defendants, and finds both meet the criteria under Civ. L. R. 3-12 for relating cases.

**IT IS SO ORDERED** that *Hunter v. Lenovo (United States), Inc., et al.*, Case No. 5:15-cv-00819-NC, *Hall, et al. v. Lenovo (United States), Inc., et al.*, Case No. 3:15-cv-00964-NC, *Estrella, et al. v. Lenovo (Untied States) Inc., et al.*, Case No. 5:15-cv-01044-LHK, *Martini v. Lenovo (United States) Inc., et al.*, Case No. 3:15-cv-01069-DMR, *JGX, Inc. v. Lenovo Group Ltd., et al.*, Case No. 15-cv-01113-NC,  *Johnson v. Lenovo (United States) Inc., et al.*, Case No. 15-cv-01122-PSG, *Simonoff v. Lenovo (Untied States) Inc., et al.*, Case No. 15-cv-01125-LHK, *Wood, et al. v. Lenovo (United States) Inc., et al.*, Case No. 15-cv-01166-PSG, *Behren, et al. v. Lenovo (United States) Inc., et al.*, Case No. 15-cv-01177-LB, and *Ravencamp v. Lenovo (United States), Inc., et al.*, Case No. 3:15-cv-01206-KAW are related to *Sterling International Consulting Group v. Lenovo (United States) Inc., et al.*, Case No. 5:15-cv-00807-RMW, and are assigned to the undersigned Judge.

A case management conference is set for June 17, 2015. The parties shall file a joint case management statement in each case by June 12, 2015.

Dated: March 1; , 2015

*Ronald M. Whyte*

Ronald M. Whyte
United States District Judge

United States District Court
Northern District of California